*United States District Court*
*Eastern District of Missouri*
*111 S. 10th Street, Rm.3.300*
*St. Louis, Missouri 63102*

*Nathan Graves*
*Clerk of Court*
*Phone: 314-244-7900*

**IN RE: THE BUSINESS OF THE COURT**

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/A 44132 Mercure Circle, PO BOX 1243, Sterling, VA 20166-1243.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Salman, Zaki Sayel | A05171741 | 4:24CR00309-003 | 06/09/2026 |
| Hardin, Augustine | 427747128 | 4:24CR00374-007 | 09/08/2026 |
| Boyd, Sean | A09554784 | 4:25CR00137-003 | 08/24/2026 |
| Douglas, Isaiah | 649823051 | 4:24CR00515-001 | 10/02/2026 |
| Reese, Xavier | A02339562 | 4:25CR00204-001 | 07/22/2026 |
| Brown, Deron | A02333665 | 4:25CR00575<br>Amended Judgment | 10/16/2026<br>10/28/2026 |
| Kwade, Terrence | A00202911 | 4:24CR00374-006<br>Amended Judgment | 09/08/2026<br>09/09/2026 |
| Popoola, Adebanjo | 677324056 | 4:26CR00116-001 | 11/03/2026 |
| Chery, Roudje | A19630801 | 4:25CR00227-003 | 10/13/2026 |

Dated this 18th day of November 2026.

Stephen R Clark
Chief United States District Judge